IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR McCOY**                                                                                      **PLAINTIFF**

v.                                              No: 4:21-cv-00560-LPR-PSH

**S. BAKER**                                                                                                **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommendation ("PFR") from United States Magistrate Judge Patricia S. Harris. (Doc. 4). Plaintiff Terry Lamar McCoy filed an Objection to the PFR. (Doc. 5). The Court has carefully reviewed the PFR and the Objection, and has conducted a *de novo* review of the entire record. Based on the Court's *de novo* review, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED THAT:

1. McCoy's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

---

[1] Mr. McCoy's Objection simply says he wants to amend his complaint. I have reviewed his proposed Amendment. (Doc. 7). As to the three specific claims raised in his original Complaint and analyzed in Judge Harris's PFR, the proposed Amendment does not add any allegations that would alter the propriety of dismissal. As to the new claims he wishes to raise—such as false imprisonment, lack of an arraignment, or lack of an indictment—these claims are completely different from the claims in his original Complaint. They are not properly part of this action.

3.       The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of August 2021.

*(signature)*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE