IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR McCOY**                                                                              **PLAINTIFF**

v.                    No: 4:21-cv-00560-LPR-PSH

**S. BAKER**                                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Terry Lamar McCoy's Complaint is dismissed without prejudice. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 12th day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE